UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARLIN GAS TRANSPORT, INC.,**
**and NEIL ENERSON,**

      Plaintiffs,

v.                                    Case No. 8:12-cv-02421-EAK-TGW

**LNG ENERGY SOLUTIONS, LLC,**

      Defendant.
_____/

**MEDIATION REPORT**

      In accordance with the Court's mediation order, a mediation conference was held on November 13, 2013, and the results of that conference are indicated below:

      (a)      The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

      All individual parties and their respective trial counsel, and designated corporate representatives.

      (b)      The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

      None.

      (c)      The outcome of the mediation was:

      **The case has been completely settled.**  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

Done this 15th day of November, 2013 in Tampa, Florida.

                                                                               /s/ Jonathan C. Koch
                                                                               Jonathan C. Koch, Mediator
                                                                               Fla. Bar #364525
                                                                               BUSH ROSS, P.A.
                                                                               1801 North Highland Avenue
                                                                               Tampa, Florida  33602
                                                                               (813) 224-9255
                                                                               (813) 223-9620 fax
                                                                               jkoch@bushross.com

1551754.1

**CERTIFICATE OF SERVICE**

   I certify that a copy of the foregoing Mediation Report has been served to counsel of record via the CM/ECF system on this 15th day of November, 2013.

                  /s/ Jonathan C. Koch
                  Mediator

1551754.1