**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARLIN GAS TRANSPORT, INC.,**
**and NEIL ENERSON,**

      Plaintiffs,

v.   Case No. 8:12-cv-02421-EAK-TGW

**LNG ENERGY SOLUTIONS, LLC,**

      Defendant.
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on November 13, 2013, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

All individual parties and their respective trial counsel, and designated corporate representatives.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

None.

(c) The outcome of the mediation was:

**The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

Done this 15th day of November, 2013 in Tampa, Florida.

      /s/ Jonathan C. Koch
      Jonathan C. Koch, Mediator
      Fla. Bar #364525
      BUSH ROSS, P.A.
      1801 North Highland Avenue
      Tampa, Florida  33602
      (813) 224-9255
      (813) 223-9620 fax
      jkoch@bushross.com

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Mediation Report has been served to counsel of record via the CM/ECF system on this 15th day of November, 2013.

                                                         /s/ Jonathan C. Koch
                                                         Mediator

1551754.1