IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Marlin Gas Transport, Inc.<br>An Indiana corporation,<br><br>and<br><br>Neil Enerson,<br>An individual<br><br>       Plaintiffs,<br><br>  v.<br><br>LNG Energy Solutions, LLC<br>A Delaware company,<br><br>       Defendant. | Case No. 8:12-cv-02421-EAK-TGW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Marlin Gas Transport, Inc. and Neil Enerson, and Defendant, LNG Energy Solutions, LLC, hereby notify the Court that all claims in this action are hereby dismissed with prejudice and each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 17, 2014

| | |
|---|---|
| */s/ Michael J. Colitz, III*<br>Michael J. Colitz, III<br>Florida Bar No.: 164348<br>GrayRobinson, P.A.<br>401 E. Jackson Street, Suite 2700<br>Tampa, FL 33602<br>(813) 273-5000<br>(813) 273-5145 (facsimile)<br>michael.colitz@gray-robinson.com<br><br>Attorney for Plaintiffs | */s/ Justin P. Miller*<br>Justin P. Miller<br>Florida Bar No.: 84495<br>Larson & Larson, P.A.<br>11199 69th Street<br>Largo, FL 33773<br>(727) 546-0660<br>(727) 213-6922 (facsimile)<br>Justin@larsonpatentlaw.com<br><br>Attorney for Defendant |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on <u>January 17, 2014</u> a true and correct copy of the foregoing was served via cm/ecf to all counsel of record.

*/s/ Michael J. Colitz, III*

Michael J. Colitz, III

# 4565699 v1